United States Bankruptcy Court

Northern District of Iowa

In re:                                                      Case No. 24-01083-TJC

Ross D. Bowman                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2025 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ross D. Bowman, 2075 Fieldcrest Lane, Ely, IA 52227-9552 |
| 2412657 | | Amber Schilling-Camp, 417 South St., Martelle, IA 52305 |
| 2412659 | + | Brian Bast PC, 2205 Blairsferry Crossing B, Hiawatha, IA 52233-7996 |
| 2412660 | + | Bullfrog, 580 Northern Ave., Hagerstown, MD 21742-2847 |
| 2412661 | + | CapitalOne, PO Box 4069, Carol Stream, IL 60197-4069 |
| 2412662 | + | CapitalOne, PO Box 7683, San Francisco, CA 94120-7683 |
| 2412663 | + | Corda Credit Union, 3015 Blairs Ferry Rd., Cedar Rapids, IA 52402-1832 |
| 2412664 | + | First Internet Bank of Indiana, 8701 E 116th St., Fishers, IN 46038-3225 |
| 2412667 | + | Intuit, 2323 S 171st St. Unit 200, Omaha, NE 68130-4651 |
| 2412668 | | KWWL Television Inc., P.O. Box 1001, Quincy, IL 62306-1001 |
| 2412666 | + | iHeartMedia, 20880 Stone Oak Pkwy., San Antonio, TX 78258-7460 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QRKHANRAHAN.COM | Feb 20 2025 01:58:00 | Renee K. Hanrahan, Renee K. Hanrahan, Trustee, PO Box 1088, Cedar Rapids, IA 52406-1088 |
| 2412658 | + | EDI: BANKAMER | Feb 20 2025 01:58:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 2412661 | + | EDI: CAPITALONE.COM | Feb 20 2025 01:58:00 | CapitalOne, PO Box 4069, Carol Stream, IL 60197-4069 |
| 2412665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 19 2025 21:02:00 | Goldman Sach Bank USA, Salt Lake City Branch, PO Box 70321, Philadelphia, PA 19176-0321 |
| 2412656 | | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Feb 19 2025 21:03:00 | Iowa Department of Revenue, Attn: Bankruptcy Unit, P.O. Box 10471, Des Moines, IA 50306 |
| 2412672 | + | Email/Text: kmcdermott@ohnwardbank.com | Feb 19 2025 21:02:00 | Ohnward Bank & Trust, 332 1st Ave. W, Cascade, IA 52033-7721 |
| 2412655 | + | Email/Text: ustpregion12.cr.ecf@usdoj.gov | Feb 19 2025 21:02:00 | United States Trustee, 111 7th Avenue SE, Box 17, Cedar Rapids, IA 52401-2103 |
| 2412674 | + | Email/PDF: CorporateBankruptcyOffice@wellsfargo.com | Feb 20 2025 09:41:06 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 2412675 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 20 2025 09:39:27 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID        Bypass Reason   Name and Address**

District/off: 0862-1                     User: admin                          Page 2 of 2

Date Rcvd: Feb 19, 2025                  Form ID: 318                          Total Noticed: 19

| | |
|---|---|
| 2412669 | Leisure Zone Billards & Spas |
| 2412670 | Lesiure Zone Billards & Spas |
| 2412671 | Natorie Bowman |
| 2412673 | R.N. Bowman, LLC d/b/a Leisure Zone Bill |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin D. Ahrenholz | on behalf of Debtor Ross D. Bowman ahrenholz@beecherlaw.com cpetersen@beecherlaw.com;ahrenholzkr88637@notify.bestcase.com;jwolfe@beecherlaw.com |
| Renee K. Hanrahan | rhanrahan@sharontc.net  rhanrahan@ecf.axosfs.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 3

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Ross D. Bowman | Social Security number or ITIN | xxx–xx–2652 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Northern District of Iowa | | |
| Case number: | 24–01083 | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ross D. Bowman

2/19/25

**By the court:**   Thad J. Collins
Chief United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2